UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TM MOTORHOME SALES, LLC, *a Delaware limited liability company*; and W MOTORHOME SALES NORTH AMERICA, INC., *a Delaware Corporation*,

Plaintiffs,

-v.-

TURRI & BOARI SNC D/B/A WINGAMM A/K/A WINGAMM GROUP SRL, *a foreign entity based in Italy*; and KELLVILLE DESIGNS LLC, *a Utah's Limited Liability Company*,

Defendants.

26 Civ. 3132 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a telephone conference regarding Plaintiffs' motion for a preliminary injunction on **May 5, 2026**, at **12:00 p.m.** The dial-in information is as follows:  At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

Pursuant to Plaintiffs' Notice of Voluntary Dismissal (Dkt. #30), the Clerk of Court is directed to terminate Auto Station LLC as a Defendant on the docket.

SO ORDERED.

Dated:    May 4, 2026
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge