UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TM MOTORHOME SALES, LLC, *a Delaware limited liability company*; and W MOTORHOME SALES NORTH AMERICA, INC., *a Delaware Corporation*,

Plaintiffs,

-v.-

TURRI & BOARI SNC D/B/A WINGAMM A/K/A WINGAMM GROUP SRL, *a foreign entity based in Italy*; and KELLVILLE DESIGNS LLC, *a Utah's Limited Liability Company*,

Defendants.

26 Civ. 3132 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to abide by the following schedule for Defendants' motions to dismiss and/or for modification of the preliminary injunction order and Plaintiffs' motion for contempt: opening briefs are due on or before **September 18, 2026**; oppositions are due on or before **October 16, 2026**; and replies are due on or before **October 30, 2026**.

Discovery is STAYED pending the Court's resolution of the parties' dispositive motions.

SO ORDERED.

Dated: August 5, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge